## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

JYLL BRINK, on her own behalf, and on
behalf of those similarly situated,

     Plaintiff,                        CASE NO.: 15-CV-60334-
                                        DIMITROULEAS/SNOW

v.

RAYMOND JAMES & ASSOCIATES, INC.,

     Defendant.

_____/

CALEB WISTAR and ERNEST MAYEAUX,
on their own behalf, and on behalf of those
similarly situated,

     Plaintiffs,                       CASE NO.: 16-CV-60284-
                                        DIMITROULEAS/SNOW

v.

RAYMOND JAMES FINANCIAL
SERVICES, INC., and RAYMOND JAMES
FINANCIAL SERVICES ADVISORS, INC.,

     Defendants.

_____/

## DECLARATION OF SARA HANLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS

1.      I am over the age of eighteen, competent to make this Declaration, and have personal knowledge of the facts stated herein.

2.      I am the owner of Hanley Law, LLC ("Hanley Law"), one of several law firms appointed as Class Counsel in this matter.

3.      Based upon review of the records of Hanley Law,  I have devoted 85.55 hours of attorney time to the *Brink* matter and 31.9 hours of attorney time to the *Wistar* matter to date. True and correct copies of the Hanley Law invoices reflecting the work performed in these cases are attached hereto as **Exhibit "A."**

4.      My billable rate is $500 per hour.

5.      Hanley Law has also incurred $426.01 in costs and expenses in these matters. Attached hereto as **Exhibit "B"** is a record evidencing the costs incurred to date.

6.      The records attached to this declaration were:

   a.  made at or near the time by, or from information transmitted by, a person with knowledge;

   b.  the records were kept in the course of a regularly conducted activity of a business, organization, occupation, or calling;

   c.  making the records was a regular practice of that activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sara Hanley
Sara Hanley

Date:  7-10-19

# Exhibit "A"



# INVOICE

Invoice # 490
Date: 07/09/2019
Due Upon Receipt

# Hanley Law

365 Fifth Avenue S. Ste 202
Naples, FL 34102
United States

Jyll Brink

## Brink v. Raymond James & Associates

## Brink v. Raymond James & Associates

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 02/15/2015 | | 1.00 | $500.00 | $500.00 |
| Service | 02/17/2015 | | 0.10 | $500.00 | $50.00 |
| Service | 02/18/2015 | | 0.10 | $500.00 | $50.00 |
| Service | 02/19/2015 | | 0.10 | $500.00 | $50.00 |
| Service | 02/23/2015 | | 0.10 | $500.00 | $50.00 |
| Service | 03/09/2015 | | 0.20 | $500.00 | $100.00 |
| Service | 03/09/2015 | | 0.10 | $500.00 | $50.00 |
| Service | 03/11/2015 | | 0.10 | $500.00 | $50.00 |
| Service | 03/19/2015 | | 1.00 | $500.00 | $500.00 |
| Service | 03/19/2015 | | 0.20 | $500.00 | $100.00 |

| | | | | |
|---|---|---|---|---|
| Service | 03/20/2015 | 0.10 | $500.00 | $50.00 |
| Service | 04/06/2015 | 0.20 | $500.00 | $100.00 |
| Service | 04/06/2015 | 0.10 | $500.00 | $50.00 |
| Service | 04/07/2015 | 1.00 | $500.00 | $500.00 |
| Service | 04/17/2015 | 0.50 | $500.00 | $250.00 |
| Service | 04/23/2015 | 1.00 | $500.00 | $500.00 |
| Service | 04/24/2015 | 0.30 | $500.00 | $150.00 |
| Service | 04/27/2015 | 0.20 | $500.00 | $100.00 |
| Service | 04/28/2015 | 0.10 | $500.00 | $50.00 |
| Service | 05/08/2015 | 0.10 | $500.00 | $50.00 |
| Service | 06/04/2015 | 0.30 | $500.00 | $150.00 |
| Service | 06/05/2015 | 0.20 | $500.00 | $100.00 |
| Service | 06/08/2015 | 0.10 | $500.00 | $50.00 |
| Service | 06/08/2015 | 0.10 | $500.00 | $50.00 |
| Service | 06/23/2015 | 0.50 | $500.00 | $250.00 |



| | | | | |
|---|---|---|---|---|
| Service | 06/24/2015 | 0.20 | $500.00 | $100.00 |
| Service | 06/29/2015 | 0.20 | $500.00 | $100.00 |
| Service | 06/29/2015 | 0.10 | $500.00 | $50.00 |
| Service | 06/30/2015 | 0.10 | $500.00 | $50.00 |
| Service | 06/30/2015 | 0.50 | $500.00 | $250.00 |
| Service | 07/07/2015 | 0.10 | $500.00 | $50.00 |
| Service | 07/09/2015 | 0.20 | $500.00 | $100.00 |
| Service | 07/09/2015 | 0.10 | $500.00 | $50.00 |
| Service | 07/13/2015 | 0.50 | $500.00 | $250.00 |
| Service | 07/17/2015 | 0.20 | $500.00 | $100.00 |
| Service | 07/20/2015 | 0.10 | $500.00 | $50.00 |
| Service | 07/24/2015 | 0.10 | $500.00 | $50.00 |
| Service | 07/24/2015 | 0.10 | $500.00 | $50.00 |
| Service | 07/27/2015 | 0.50 | $500.00 | $250.00 |
| Service | 08/06/2015 | 0.20 | $500.00 | $100.00 |
| Service | 08/06/2015 | 0.10 | $500.00 | $50.00 |
| Service | 10/13/2015 | 0.30 | $500.00 | $150.00 |

| | | | | |
|---|---|---|---|---|
| Service | 10/14/2015 | 0.10 | $500.00 | $50.00 |
| Service | 10/15/2015 | 0.50 | $500.00 | $250.00 |
| Service | 02/04/2016 | 1.00 | $500.00 | $500.00 |
| Service | 02/05/2016 | 0.10 | $500.00 | $50.00 |
| Service | 02/06/2016 | 0.10 | $500.00 | $50.00 |
| Service | 02/08/2016 | 0.10 | $500.00 | $50.00 |
| Service | 02/09/2016 | 0.20 | $500.00 | $100.00 |
| Service | 02/10/2016 | 1.00 | $500.00 | $500.00 |
| Service | 02/10/2016 | 0.10 | $500.00 | $50.00 |
| Service | 02/17/2016 | 0.10 | $500.00 | $50.00 |
| Service | 02/17/2016 | 0.10 | $500.00 | $50.00 |
| Service | 02/19/2016 | 0.20 | $500.00 | $100.00 |
| Service | 02/23/2016 | 0.10 | $500.00 | $50.00 |
| Service | 02/23/2016 | 0.10 | $500.00 | $50.00 |
| Service | 02/25/2016 | 0.10 | $500.00 | $50.00 |
| Service | 02/25/2016 | 0.10 | $500.00 | $50.00 |
| Service | 02/25/2016 | 1.00 | $500.00 | $500.00 |

| | | | | |
|---|---|---|---|---|
| Service | 02/25/2016 | 0.30 | $500.00 | $150.00 |
| Service | 02/25/2016 | 0.10 | $500.00 | $50.00 |
| Service | 02/25/2016 | 0.20 | $500.00 | $100.00 |
| Service | 02/26/2016 | 0.10 | $500.00 | $50.00 |
| Service | 02/29/2016 | 0.50 | $500.00 | $250.00 |
| Service | 02/29/2016 | 0.20 | $500.00 | $100.00 |
| Service | 02/29/2016 | 0.20 | $500.00 | $100.00 |
| Service | 03/02/2016 | 0.20 | $500.00 | $100.00 |
| Service | 03/07/2016 | 0.10 | $500.00 | $50.00 |
| Service | 03/08/2016 | 0.10 | $500.00 | $50.00 |
| Service | 03/08/2016 | 0.20 | $500.00 | $100.00 |
| Service | 03/08/2016 | 0.10 | $500.00 | $50.00 |
| Service | 03/09/2016 | 1.00 | $500.00 | $500.00 |
| Service | 03/09/2016 | 0.20 | $500.00 | $100.00 |

X

| | | | | |
|---|---|---|---|---|
| Service | 03/09/2016 | 0.10 | $500.00 | $50.00 |
| Service | 03/11/2016 | 0.10 | $500.00 | $50.00 |
| Service | 03/14/2016 | 1.00 | $500.00 | $500.00 |
| Service | 03/14/2016 | 0.20 | $500.00 | $100.00 |
| Service | 03/14/2016 | 0.10 | $500.00 | $50.00 |
| Service | 03/16/2016 | 0.10 | $500.00 | $50.00 |
| Service | 04/13/2016 | 0.10 | $500.00 | $50.00 |
| Service | 04/14/2016 | 0.10 | $500.00 | $50.00 |
| Service | 04/14/2016 | 0.10 | $500.00 | $50.00 |
| Service | 04/14/2016 | 0.10 | $500.00 | $50.00 |
| Service | 04/21/2016 | 0.10 | $500.00 | $50.00 |
| Service | 05/09/2016 | 1.00 | $500.00 | $500.00 |
| Service | 05/10/2016 | 0.50 | $400.00 | $200.00 |
| Service | 05/12/2016 | 0.30 | $500.00 | $150.00 |
| Service | 05/12/2016 | 0.30 | $500.00 | $150.00 |

Invoice # 490 - 07/09/2019

| | | | | |
|---|---|---|---|---|
| Service | 05/19/2016 | 1.50 | $500.00 | $750.00 |
| Service | 05/25/2016 | 1.00 | $500.00 | $500.00 |
| Service | 05/26/2016 | 0.30 | $500.00 | $150.00 |
| Service | 06/01/2016 | 5.00 | $500.00 | $2,500.00 |
| Service | 06/06/2016 | 0.30 | $500.00 | $150.00 |
| Service | 06/24/2016 | 0.10 | $500.00 | $50.00 |
| Service | 04/24/2017 | 0.50 | $500.00 | $250.00 |
| Service | 01/18/2018 | 0.30 | $500.00 | $150.00 |
| Service | 04/12/2018 | 0.10 | $500.00 | $50.00 |
| Service | 07/09/2018 | 0.20 | $500.00 | $100.00 |
| Service | 07/10/2018 | 0.10 | $500.00 | $50.00 |
| Service | 07/17/2018 | 0.10 | $500.00 | $50.00 |
| Service | 07/24/2018 | 0.10 | $500.00 | $50.00 |
| Service | 07/24/2018 | 0.10 | $500.00 | $50.00 |
| Service | 08/22/2018 | 0.50 | $500.00 | $250.00 |
| Service | 08/22/2018 | 0.10 | $500.00 | $50.00 |
| Service | 08/22/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/04/2018 | 0.10 | $500.00 | $50.00 |

Invoice # 490 - 07/09/2019

| Service | 09/05/2018 | 0.10 | $500.00 | $50.00 |
|---------|------------|------|---------|--------|
| Service | 09/06/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/06/2018 | 0.50 | $500.00 | $250.00 |
| Service | 09/06/2018 | 0.50 | $500.00 | $250.00 |
| Service | 09/06/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/07/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/07/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/14/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/14/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/17/2018 | 0.30 | $500.00 | $150.00 |
| Service | 09/17/2018 | 1.00 | $500.00 | $500.00 |
| Service | 09/18/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/18/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/20/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/24/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/27/2018 | 0.70 | $500.00 | $350.00 |
| Service | 10/01/2018 | 1.00 | $500.00 | $500.00 |
| Service | 10/04/2018 | 0.10 | $500.00 | $50.00 |

Invoice # 490 - 07/09/2019

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/09/2018 | | 0.30 | $500.00 | $150.00 |
| Service | 10/11/2018 | | 0.10 | $500.00 | $50.00 |
| Service | 10/15/2018 | | 0.50 | $500.00 | $250.00 |
| Service | 10/15/2018 | | 0.10 | $500.00 | $50.00 |
| Service | 10/16/2018 | | 0.30 | $500.00 | $150.00 |
| Service | 10/16/2018 | | 0.10 | $500.00 | $50.00 |
| Service | 10/16/2018 | | 0.10 | $500.00 | $50.00 |
| Service | 10/16/2018 | | 0.30 | $500.00 | $150.00 |
| Service | 10/18/2018 | | 0.20 | $500.00 | $100.00 |
| Service | 10/19/2018 | | 1.00 | $500.00 | $500.00 |
| Service | 10/19/2018 | | 0.30 | $500.00 | $150.00 |
| Service | 10/22/2018 | | 0.10 | $500.00 | $50.00 |
| Service | 10/22/2018 | | 0.50 | $500.00 | $250.00 |
| Service | 10/23/2018 | | 0.10 | $500.00 | $50.00 |
| Service | 10/24/2018 | | 0.50 | $500.00 | $250.00 |
| Service | 10/25/2018 | | 0.10 | $500.00 | $50.00 |
| Service | 11/02/2018 | | 0.30 | $500.00 | $150.00 |
| Service | 11/05/2018 | | 0.50 | $500.00 | $250.00 |
| Service | 11/05/2018 | | 0.20 | $500.00 | $100.00 |
| Service | 11/08/2018 | | 0.30 | $500.00 | $150.00 |
| Service | 11/08/2018 | | 0.10 | $500.00 | $50.00 |

Invoice # 490 - 07/09/2019

| | | | | |
|---|---|---|---|---|
| Service | 11/09/2018 | 0.10 | $500.00 | $50.00 |
| Service | 11/12/2018 | 0.40 | $500.00 | $200.00 |
| Service | 11/14/2018 | 0.30 | $500.00 | $150.00 |
| Service | 11/14/2018 | 0.30 | $500.00 | $150.00 |
| Service | 11/16/2018 | 0.10 | $500.00 | $50.00 |
| Service | 12/03/2018 | 0.30 | $500.00 | $150.00 |
| Service | 12/03/2018 | 0.20 | $500.00 | $100.00 |
| Service | 12/10/2018 | 0.10 | $500.00 | $50.00 |
| Service | 12/13/2018 | 1.00 | $500.00 | $500.00 |
| Service | 12/13/2018 | 0.20 | $500.00 | $100.00 |
| Service | 12/23/2018 | 0.10 | $500.00 | $50.00 |
| Service | 01/04/2019 | 0.50 | $500.00 | $250.00 |
| Service | 01/04/2019 | 0.10 | $500.00 | $50.00 |
| Service | 01/04/2019 | 0.50 | $500.00 | $250.00 |
| Service | 01/04/2019 | 0.20 | $500.00 | $100.00 |
| Service | 01/08/2019 | 0.50 | $500.00 | $250.00 |
| Service | 01/10/2019 | 0.50 | $500.00 | $250.00 |
| Service | 01/18/2019 | 0.30 | $500.00 | $150.00 |
| Service | 01/18/2019 | 0.30 | $500.00 | $150.00 |
| Service | 01/18/2019 | 0.30 | $500.00 | $150.00 |

| Type | Date | Hours | Rate | Amount |
|------|------|-------|------|--------|
| Service | 01/18/2019 | 0.10 | $500.00 | $50.00 |
| Service | 01/21/2019 | 0.10 | $500.00 | $50.00 |
| Service | 01/22/2019 | 0.10 | $500.00 | $50.00 |
| Service | 01/22/2019 | 0.20 | $500.00 | $100.00 |
| Service | 01/23/2019 | 0.30 | $500.00 | $150.00 |
| Service | 01/23/2019 | 0.10 | $500.00 | $50.00 |
| Service | 01/24/2019 | 0.30 | $500.00 | $150.00 |
| Service | 02/13/2019 | 0.20 | $500.00 | $100.00 |
| Service | 02/28/2019 | 1.00 | $500.00 | $500.00 |
| Service | 03/15/2019 | 0.10 | $500.00 | $50.00 |
| Service | 03/25/2019 | 0.10 | $500.00 | $50.00 |
| Service | 03/29/2019 | 0.20 | $500.00 | $100.00 |
| Service | 04/02/2019 | 0.50 | $500.00 | $250.00 |
| Service | 04/02/2019 | 0.10 | $500.00 | $50.00 |
| Service | 04/03/2019 | 0.50 | $400.00 | $200.00 |
| Service | 04/03/2019 | 0.50 | $500.00 | $250.00 |
| Service | 04/03/2019 | 6.00 | $500.00 | $3,000.00 |
| Service | 04/03/2019 | 1.00 | $500.00 | $500.00 |
| Service | 04/03/2019 | 0.10 | $500.00 | $50.00 |
| Service | 04/03/2019 | 1.00 | $500.00 | $500.00 |
| Service | 04/04/2019 | 7.00 | $500.00 | $3,500.00 |
| Service | 04/04/2019 | 0.10 | $500.00 | $50.00 |
| Expense | 04/04/2019 | 1.00 | $426.01 | $426.01 |
| Service | 04/05/2019 | 8.00 | $400.00 | $3,200.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 04/08/2019 | X | 0.20 | $500.00 | $100.00 |
| Service | 04/10/2019 | | 0.10 | $500.00 | $50.00 |
| Service | 04/12/2019 | | 0.30 | $500.00 | $150.00 |
| Service | 04/17/2019 | | 0.30 | $500.00 | $150.00 |
| Service | 04/18/2019 | | 0.10 | $500.00 | $50.00 |
| Service | 04/18/2019 | | 0.50 | $500.00 | $250.00 |
| Service | 04/22/2019 | | 0.20 | $500.00 | $100.00 |
| Service | 04/23/2019 | | 0.10 | $500.00 | $50.00 |
| Service | 05/02/2019 | | 0.10 | $500.00 | $50.00 |
| Service | 05/06/2019 | | 1.00 | $500.00 | $500.00 |
| Service | 05/07/2019 | | 0.30 | $500.00 | $150.00 |
| Service | 05/09/2019 | | 0.50 | $500.00 | $250.00 |
| Service | 05/13/2019 | | 0.30 | $500.00 | $150.00 |
| Service | 05/14/2019 | | 0.50 | $500.00 | $250.00 |
| Service | 06/11/2019 | | 0.30 | $500.00 | $150.00 |
| Service | 07/01/2019 | | 0.20 | $500.00 | $100.00 |
| Service | 07/01/2019 | | 0.10 | $500.00 | $50.00 |
| Service | 07/01/2019 | | 0.30 | $500.00 | $150.00 |
| Service | 07/01/2019 | | 0.50 | $500.00 | $250.00 |
| Service | 07/01/2019 | | 0.30 | $500.00 | $150.00 |
| Service | 07/01/2019 | | 0.30 | $500.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/03/2019 |  | 0.20 | $500.00 | $100.00 |
| Service | 09/24/2019 | | 0.10 | $500.00 | $50.00 |

**Total**  **$42,776.01**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 490 | 07/09/2019 | $42,776.01 | $0.00 | $42,776.01 |
| | | | **Total Amount Outstanding** | **$42,776.01** |

Please make all amounts payable to: Hanley Law

Payment is due upon receipt.



# INVOICE

Invoice # 491
Date: 07/09/2019
Due Upon Receipt

## Hanley Law

365 Fifth Avenue S. Ste 202
Naples, FL 34102
United States

Caleb Wistar

## 16-CV-60284

## Wistar and Mayeaux v. Raymond James Financial Services, Inc. and Raymond James Financial Services Advisors, Inc.

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 02/11/2016 | | 1.00 | $500.00 | $500.00 |
| Service | 02/11/2016 | | 0.20 | $500.00 | $100.00 |
| Service | 02/16/2016 | | 0.10 | $500.00 | $50.00 |
| Service | 02/17/2016 | | 0.20 | $500.00 | $100.00 |
| Service | 03/02/2016 | | 0.30 | $500.00 | $150.00 |
| Service | 03/02/2016 | | 0.30 | $500.00 | $150.00 |
| Service | 03/02/2016 | | 0.10 | $500.00 | $50.00 |
| Service | 03/03/2016 | | 0.10 | $500.00 | $50.00 |
| Service | 03/11/2016 | | 0.30 | $500.00 | $150.00 |
| Service | 03/29/2016 | | 1.00 | $500.00 | $500.00 |

Invoice # 491 - 07/09/2019

| | | | | |
|---|---|---|---|---|
| Service | 03/29/2016 | 1.00 | $500.00 | $500.00 |
| Service | 03/29/2016 | 0.10 | $500.00 | $50.00 |
| Service | 04/01/2016 | 0.30 | $500.00 | $150.00 |
| Service | 04/01/2016 | 0.30 | $500.00 | $150.00 |
| Service | 04/06/2016 | 0.50 | $500.00 | $250.00 |
| Service | 04/06/2016 | 0.30 | $500.00 | $150.00 |
| Service | 04/15/2016 | 0.30 | $500.00 | $150.00 |
| Service | 04/18/2016 | 0.10 | $500.00 | $50.00 |
| Service | 04/18/2016 | 0.10 | $500.00 | $50.00 |
| Service | 04/19/2016 | 1.00 | $500.00 | $500.00 |
| Service | 04/21/2016 | 0.30 | $500.00 | $150.00 |
| Service | 04/28/2016 | 0.10 | $500.00 | $50.00 |
| Service | 04/29/2016 | 0.10 | $500.00 | $50.00 |
| Service | 05/09/2016 | 1.00 | $500.00 | $500.00 |
| Service | 05/26/2016 | 0.30 | $500.00 | $150.00 |
| Service | 05/26/2016 | 0.10 | $500.00 | $50.00 |

| Service | 06/06/2016 | | 0.30 | $500.00 | $150.00 |
|---------|------------|---|------|---------|---------|
| Service | 06/06/2016 | | 0.10 | $500.00 | $50.00 |
| Service | 06/10/2016 | | 0.50 | $500.00 | $250.00 |
| Service | 06/13/2016 | | 0.20 | $500.00 | $100.00 |
| Service | 04/08/2018 | | 0.10 | $500.00 | $50.00 |
| Service | 07/23/2018 | | 0.30 | $500.00 | $150.00 |
| Service | 07/24/2018 | | 0.20 | $500.00 | $100.00 |
| Service | 07/24/2018 | | 0.30 | $500.00 | $150.00 |
| Service | 07/24/2018 | | 0.10 | $500.00 | $50.00 |
| Service | 07/24/2018 | | 0.10 | $500.00 | $50.00 |
| Service | 08/08/2018 | | 1.00 | $500.00 | $500.00 |
| Service | 08/13/2018 | | 0.20 | $500.00 | $100.00 |
| Service | 08/13/2018 | | 0.30 | $500.00 | $150.00 |
| Service | 08/13/2018 | | 0.20 | $500.00 | $100.00 |
| Service | 08/14/2018 | | 0.50 | $500.00 | $250.00 |
| Service | 08/21/2018 | | 0.30 | $500.00 | $150.00 |
| Service | 08/21/2018 | | 0.10 | $500.00 | $50.00 |
| Service | 09/04/2018 | | 0.10 | $500.00 | $50.00 |

| Service | 09/04/2018 | 0.10 | $500.00 | $50.00 |
|---------|-----------|------|---------|--------|
| Service | 09/04/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/04/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/06/2018 | 1.00 | $500.00 | $500.00 |
| Service | 09/10/2018 | 0.20 | $500.00 | $100.00 |
| Service | 09/11/2018 | 0.50 | $500.00 | $250.00 |
| Service | 09/11/2018 | 0.10 | $500.00 | $50.00 |
| Service | 09/20/2018 | 1.00 | $500.00 | $500.00 |
| Service | 09/27/2018 | 0.50 | $500.00 | $250.00 |
| Service | 09/27/2018 | 0.50 | $500.00 | $250.00 |
| Service | 09/27/2018 | 0.10 | $500.00 | $50.00 |
| Service | 10/05/2018 | 0.10 | $500.00 | $50.00 |
| Service | 10/08/2018 | 0.10 | $500.00 | $50.00 |
| Service | 10/15/2018 | 0.50 | $500.00 | $250.00 |
| Service | 10/18/2018 | 0.10 | $500.00 | $50.00 |
| Service | 10/25/2018 | 0.10 | $500.00 | $50.00 |

Invoice # 491 - 07/09/2019

| | | | | |
|---|---|---|---|---|
| Service | 10/26/2018 | 2.00 | $500.00 | $1,000.00 |
| Service | 11/12/2018 | 0.40 | $500.00 | $200.00 |
| Service | 11/13/2018 | 0.20 | $500.00 | $100.00 |
| Service | 11/14/2018 | 0.30 | $500.00 | $150.00 |
| Service | 11/15/2018 | 0.50 | $500.00 | $250.00 |
| Service | 11/16/2018 | 0.50 | $500.00 | $250.00 |
| Service | 11/20/2018 | 0.50 | $500.00 | $250.00 |
| Service | 11/21/2018 | 0.40 | $500.00 | $200.00 |
| Service | 12/13/2018 | 0.20 | $500.00 | $100.00 |
| Service | 12/21/2018 | 0.30 | $500.00 | $150.00 |
| Service | 12/21/2018 | 0.20 | $500.00 | $100.00 |
| Service | 01/02/2019 | 0.50 | $500.00 | $250.00 |
| Service | 01/14/2019 | 1.00 | $500.00 | $500.00 |
| Service | 01/16/2019 | 0.30 | $500.00 | $150.00 |
| Service | 01/16/2019 | 0.10 | $500.00 | $50.00 |
| Service | 01/20/2019 | 0.10 | $500.00 | $50.00 |

Invoice # 491 - 07/09/2019

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/25/2019 | | 0.50 | $500.00 | $250.00 |
| Service | 01/29/2019 | | 0.10 | $500.00 | $50.00 |
| Service | 01/29/2019 | | 0.40 | $500.00 | $200.00 |
| Service | 01/31/2019 | | 0.40 | $500.00 | $200.00 |
| Service | 01/31/2019 | | 0.40 | $500.00 | $200.00 |
| Service | 01/31/2019 | | 0.10 | $500.00 | $50.00 |
| Service | 02/04/2019 | | 0.40 | $500.00 | $200.00 |
| Service | 02/08/2019 | | 0.10 | $500.00 | $50.00 |
| Service | 02/13/2019 | | 0.30 | $500.00 | $150.00 |
| Service | 02/14/2019 | | 0.50 | $500.00 | $250.00 |
| Service | 04/12/2019 | | 0.30 | $500.00 | $150.00 |
| Service | 04/15/2019 | | 0.10 | $500.00 | $50.00 |
| Service | 04/17/2019 | | 0.30 | $500.00 | $150.00 |
| Service | 12/13/2019 | | 1.00 | $500.00 | $500.00 |



**Total**    **$15,950.00**

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 491 | 07/09/2019 | $15,950.00 | $0.00 | $15,950.00 |
| | | | **Total Amount Outstanding** | **$15,950.00** |

Please make all amounts payable to: Hanley Law

Payment is due upon receipt.

# Exhibit "B"

**From:** Travelocity.com <email@e.travelocity.com>
**Sent:** Wednesday, March 27, 2019 1:04 PM
**To:** Hanley@FINRAlawyer.org
**Subject:** Travelocity travel confirmation - Apr 4 - (Itinerary # 7422565503450)



# Thanks!

Your reservation is confirmed. No need to call to reconfirm.

## W Fort Lauderdale, Fort Lauderdale

Apr 4, 2019 - Apr 5, 2019

See live updates to your itinerary, anywhere and anytime.

**See your itinerary**     **Download to your Phone**

## Hotel overview



**W Fort Lauderdale**

401 North Fort Lauderdale Beach Blvd., Fort Lauderdale, FL, 33304 United States of America

View hotel          Map and directions

**Reservation dates**
Apr 4, 2019 - Apr 5, 2019

**Itinerary #**

Get protection in case of last-minute cancellations or missed hotel nights

Protect my hotel

Expires 24 hours after confirmation of hotel booking

## Check-in and Check-out

**Check-in time**
3:00pm

**Check-out time**
11 AM

**Check-in policies**
Minimum check-in age is 21
Your room/unit will be guaranteed for late arrival.

## Room

**Guests**
Reserved for Sara Hanley
1 adult

**Room**
Wonderful Room, Room, 1 King Bed, Resort View

**Room requests**
1 King Bed
Non-smoking room

## Price summary

**Price breakdown**
Room price: $426.01
1 night: $377.00
Taxes & fees: $49.01

**Total: $426.01**
Collected by Travelocity

Unless specified otherwise, rates are quoted in US dollars

## Additional hotel fees

The below fees and deposits only apply if they are not included in your selected room rate.

You'll be asked to pay the following charges at the property:
Resort fee: USD 37.10 per accommodation, per night

The resort fee includes:

Beach loungers
Fitness/yoga classes
Bicycle storage
Internet access
Phone calls
In-room bottled water

We have included all charges provided to us by the property. However, charges can vary, for example, based on length of stay or the room you book.

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

## Rules and restrictions

**Cancellations and changes**
We understand that sometimes plans fall through. We do not charge a cancel or change fee. When the property charges such fees in accordance with its own policies, the cost will be passed on to you. W Fort Lauderdale charges the following cancellation and change fees.

The room/unit type and rate selected are non-refundable. Should you change or cancel this reservation for any reason, your payment will not be refunded.

No refunds will be issued for late check-in or early check-out.

Stay extensions require a new reservation.

**Pricing and Payment**
**Hotel fees**
The price DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

**Pricing**

availability are not guaranteed until full payment is received.

Some properties request that we wait to submit guest names until 7 days prior to check in. In such a case, your room/unit is reserved, but your name is not yet on file with the property.

**Guest Charges and Room Capacity**
Base rate is for 1 guest.

Total maximum number of guests per room/unit is 2.

Maximum number of adults per room/unit is 2.

Maximum number of children per room/unit is 1.

This property considers guests aged 17 and under, at time of travel, to be children.

Availability of accommodation in the same property for extra guests is not guaranteed.

The fee for extra adults is $20.00 per person.

---

## More help

**About the Hotel**
For special requests or questions about the property, please call the hotel directly at
Tel: 1 (954) 414-8200, Fax: 1 (954) 414-8250

**About your Reservation**

Visit our Customer Support page.

Call Travelocity customer care at 1-855-201-7820

---

## Complete your trip




**Avoid the stress of traffic!**
Let someone else do the driving
Get a ride

**Make it fun!!**
Explore activities in Fort Lauderdale
Get activities





**How will you get there?**
Find exclusive low-cost fares with major airlines
Book your flight

**How will you get around Fort Lauderdale?**
Explore Fort Lauderdale with your own set of wheels
Rent a car



Ads like this deliver 3-5x the performance of standard web display.

Discover a higher standard of display.

Learn More    LiveIntent



Ads like this deliver 3-5x the performance of standard web display.

Discover a higher standard of display.

Learn More    LiveIntent

Please do not reply to this message. This email was sent from a notification-only email address that cannot accept incoming email.

You are viewing this transactional email based on a recent booking or account-related update on Travelocity.com.

© 1996-2019 Travelocity, Inc.. All rights reserved. Travelocity, the Stars Design, and The Roaming Gnome

EMLCID=TRAVELOCITY-
US.PT.EVENTTRIGGEREDMAILING.ENSPURCHASECONFIRMATION.HOTEL&EMLDTL=DATE20190327-
ISSUX.SIDX.KEY93974553323.PAIDX.LANGEN_US.MCIDX.TESTX.VERSX.MIDSX