UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

CASE NO. 15-60334-CIV-DIMITROULEAS

JYLL BRINK, on her own behalf,
and on behalf of those similarly situated,

    Plaintiff,

vs.

RAYMOND JAMES & ASSOCIATES, INC.,

    Defendant.
_____/

CASE NO. 16-60284-CIV-DIMITROULEAS

CALEB WISTAR and ERNEST MAYEAUX,
on their own behalf, and on behalf of those
similarly situated,

    Plaintiffs,

vs.

RAYMOND JAMES FINANCIAL
SERVICES, INC., and RAYMOND JAMES
FINANCIAL SERVICES ADVISORS, INC.,

    Defendants.
_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **REFERS** Plaintiffs' Motion for Award of Attorneys' Fees, Costs, and Incentive Awards [DE 182] to United States Magistrate Judge Lurana Snow for appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of July, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record