UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JYLL BRINK, on her own behalf, and on
behalf of those similarly situated,

    Plaintiff,     CASE NO.: 15-CV-60334-
        DIMITROULEAS/SNOW
v.

RAYMOND JAMES & ASSOCIATES, INC.,

    Defendant.
_____/


CALEB WISTAR and ERNEST MAYEAUX,
on their own behalf, and on behalf of those
similarly situated,

    Plaintiffs,     CASE NO.: 16-CV-60284-
        DIMITROULEAS/SNOW
v.

RAYMOND JAMES FINANCIAL
SERVICES, INC., and RAYMOND JAMES
FINANCIAL SERVICES ADVISORS, INC.,

    Defendants.
_____/

**MOTION FOR CLARIFICATION OF THE COURT'S**
**AUGUST 22, 2019 REPORT AND RECOMMENDATION [D.E. 185]**

Plaintiffs, JYLL BRINK, CALEB WISTAR, and ERNEST MAYEAUX ("Plaintiffs" or

"Class Representatives"), by and through undersigned counsel and pursuant to Federal Rule of

Civil Procedure 60(a), move for clarification of the Court's Report and Recommendation,

-1-

entered on August 22, 2019 to address the future payment of administrative costs and expenses from the Common Fund, and in support state:

1. On August 22, 2019, the Court issued a Report and Recommendation on Plaintiffs' Motion for Award of Attorneys' Fees, Costs, and Incentive Awards ("the Motion"). *See* Report and Recommendation, D.E. 185.

2. The Court addressed the amount of attorneys' fees, non-taxable costs, and incentive awards in the Report and Recommendation, awarding costs of $261,491.85 that were incurred through the date of filing the Motion on July 15, 2019. *Id.* However, the Court did not address whether future costs incurred after the date of filing the Motion are to be paid from the Common Fund. *Id.*

3. The Court may award payment of reasonable attorneys' fees and non-taxable costs that are authorized by law or the parties' agreement out of the Common Fund. Fed. R. Civ. P. 23(h); *see also See Waters v. Int'l Precious Metals Corp.*, 190 F.3d 1291, 1298 (11th Cir. 1999).

4. The Stipulation of Settlement states that administrative costs and expenses shall be paid from the Common Fund. *See* Stipulation of Settlement at § 2.1-2.2.[1] These expenses are defined by the Stipulation of Settlement to include the "reasonable costs and expenses associated with providing notices of the Settlement to the Settlement Class and otherwise administering or carrying out the terms of the Settlement [which may include, without limitation,] escrow costs, the costs of publishing the summary notice, the costs of printing and mailing the Notices, as directed by the Court, and the costs of printing and mailing notice, as

---

[1] The Stipulation of Settlement is attached as Exhibit "A" to the Joint Motion for Preliminary Approval of Class Action Settlement and for Certification of the Settlement Subclasses. [Joint Motion for Preliminary Approval of Class Action Settlement and for Certification of the Settlement Subclasses, D.E. 179 at Exhibit "A."]

directed by the Court, and the costs of allocating and distributing the Net Settlement Fund to Authorized Claimants." *Id*. at 1.2.

5.     Here, Plaintiffs will incur administrative expenses for printing and mailing notices, maintaining a website, maintaining a telephone line for Class Members to call and receive additional information, and other administrative costs. As stated in the Motion, this will amount to approximately $480,000.00. *See* Plaintiffs' Motion for Award of Attorneys' Fees, Costs, and Incentive Awards at 7, D.E. 182.

WHEREFORE, Plaintiffs respectfully request clarification of the Court's Report and Recommendation as to the payment of future administrative costs and expenses.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rules 7.1(a)(3), undersigned counsel certifies that they have contacted defendants' counsel, Samuel Braver, and represent that the defendants take not position with respect to the relief sought herein.

Dated: August 29, 2019

Respectfully submitted,

By: /s/ *Nathaniel M. Edenfield*
Manuel A. Garcia-Linares (FBN: 985252)
mlinares@daypitney.com
brodriguez@daypitney.com
Mark A. Romance (FBN: 021520)
mromance@daypitney.com
**DAY PITNEY, LLP**
396 Alhambra Circle
North Tower, 14th Floor
Miami, Florida 33134
Telephone: (305) 373-4000
Facsimile: (305) 351-8437
*Co-Counsel for Plaintiff*

and

Gary S. Betensky (FBN: 434302)
gbetensky@daypitney.com
lsabatino@daypitney.com
Nathaniel M. Edenfield (FBN: 91034)
nedenfield@daypitneycom

-3-

lsabatino@daypitney.com
**DAY PITNEY/RICHMAN GREER**
250 Australian Avenue South, Suite 1504
West Palm Beach, FL 33401
Telephone: (561) 803-3500
Facsimile:  (561) 790-8756
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2019 a true and correct copy of the foregoing document was electronically filed with the Clerk using the CM/ECF filing system and served upon on all counsel of record or pro se parties below, either via transmission of Notices of Electronic Filing generated by the CM/ECF filing system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

| | |
|---|---|
| G. Calvin Hayes, Esq.<br>Samuel W. Braver, Esq.<br>**Buchanan Ingersoll & Rooney PC**<br>401 E. Jackson Street, Suite 2400<br>Tampa, FL 33602<br>calvin.hayes@bipc.com<br>braversw@bipc.com<br>*Counsel for Defendant* | Eric M. Sodhi, Esq.<br>Joshua L. Spoont, Esq.<br>**Sodhi Spoont PLLC**<br>3050 Biscayne Blvd., Suite 904<br>Miami, FL 33137<br>eric@sodhispoont.com<br>josh@sodhispoont.com<br>service@sodhispoont.com<br>*Co-Counsel for Plaintiff* |
| Darren Blum, Esq.<br>**Blum Law Group**<br>110 E. Broward Blvd., Suite 1700<br>Ft. Lauderdale, FL 33301<br>blum@stockattorneys.com<br>*Co-Counsel for Plaintiff* | Lyle E. Shapiro, Esq.<br>**Herskowitz Shapiro, PLLC**<br>One Datran Center<br>9130 S. Dadeland Blvd., Suite 1609<br>Miami, FL 33156<br>lyle@hslawfl.com<br>*Co-Counsel for Plaintiff* |
| Sara Hanley, Esq.<br>**Hanley Law, PA**<br>3200 Tamiami Trail N. #200<br>Naples, FL 34103<br>Hanley@FINRALawyer.org<br>*Co-Counsel for Plaintiff* | |

By: /s/ *Nathaniel M. Edenfield*
Nathaniel M. Edenfield
